### 45493. STRIPLING v. LIBERTY MUTUAL INSURANCE COMPANY et al.

EBERHARDT, Judge. There being evidence in this workmen's compensation case to support the finding of the deputy director that claimant's injury did not arise out of and in the course of his employment, the judgment of the superior court, affirming the award of the full board, and affirming the denial of the claim by the deputy director is

*Affirmed. Jordan, P. J., and Pannell, J., concur.*

ARGUED SEPTEMBER 10, 1970—DECIDED SEPTEMBER 22, 1970.

*Sam G. Dettelbach,* for appellant.

*Swift, Currie, McGhee & Hiers, James B. Hiers, Jr.,* for appellees.